```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 02237
    BARRY COLLINS
    RACHELLE A COLLINS                          CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-9185     SSN XXX-XX-7190

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
        The case was filed on 02/08/2007 and was not confirmed.

        The case was dismissed without confirmation 12/20/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
DEUTSCHE NATIONAL TRUST  CURRENT MORTG         .00           .00            .00
DEUTSCHE BANK NATIONAL T MORTGAGE ARRE         .00           .00            .00
FISHER & SHAPIRO         NOTICE ONLY    NOT FILED           .00            .00
DRIVE FINANCIAL SERVICES SECURED VEHIC   10920.00           .00            .00
INTERNAL REVENUE SERVICE PRIORITY              .00           .00            .00
CITY OF CHICAGO PARKING  UNSEC W/INTER    3569.00           .00            .00
LINEBARGER GOGGAN BLAIR  NOTICE ONLY    NOT FILED           .00            .00
DRIVE FINANCIAL SERVICES UNSEC W/INTER    2119.39           .00            .00
DEUTSCHE BK NATL TRUST   NOTICE ONLY    NOT FILED           .00            .00
COMMONWEALTH EDISON      UNSEC W/INTER     129.25           .00            .00
INTERNAL REVENUE SERVICE UNSEC W/INTER   12420.85           .00            .00
ILLINOIS DEPT OF REV     PRIORITY          63.27           .00            .00
ILLINOIS DEPT OF REV     UNSEC W/INTER      62.00           .00            .00
DAIMLERCHRYSLER FINANCIA UNSEC W/INTER    9004.14           .00            .00
ILLINOIS TITLE LOANS     SECURED NOT I    2260.31           .00            .00
NICOR GAS                UNSEC W/INTER     375.63           .00            .00
SELECT PORTFOLIO         NOTICE ONLY    NOT FILED           .00            .00
MARTIN J OHEARN          DEBTOR ATTY      2,200.00                      2,200.00
TOM VAUGHN               TRUSTEE                                          150.44
DEBTOR REFUND            REFUND                                        12,989.56

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    15,340.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   2,200.00
TRUSTEE COMPENSATION                               150.44
DEBTOR REFUND                                   12,989.56
                        ---------------      ---------------
TOTALS                     15,340.00            15,340.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 02237 BARRY COLLINS & RACHELLE A COLLINS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 02237 BARRY COLLINS & RACHELLE A COLLINS